Nicole Hancock, ISB No. 6899
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040
nicole.hancock@stoel.com

Hannah Brass Greer, ISB No. 8232
PLANNED PARENTHOOD OF THE GREAT
NORTHWEST AND THE HAWAIIAN ISLANDS
2001 East Madison Street
Seattle, WA 98122
Telephone: 206.427.3208
Hannah.BrassGreer@ppgnhi.org

Alice Clapman, *Pro Hac Vice*
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Avenue NW
Washington, DC 20005
Telephone: 202.973.4862
alice.clapman@ppfa.org

Kim C. Clark, *Pro Hac Vice*
LEGAL VOICE
907 Pine Street, Suite 500
Seattle, WA 98101
Telephone: 206.682.9552
Facsimile: 206.682.9556
kclark@legalvoice.org

Vanessa Soriano Power, *Pro Hac Vice*
vanessa.power@stoel.com
Jill D. Bowman, *Pro Hac Vice*
jill.bowman@stoel.com
S. Julia Collier, *Pro Hac Vice*
julia.collier@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN
OVERLENGTH BRIEF - 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of Idaho; JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; GRANT P. LOEBS, in his official capacity as Twin Falls County Prosecuting Attorney; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF MEDICINE, in their official capacity; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF NURSING, in their official capacity,<br><br>Defendants. | Case No. 1:18-cv-00555-REB<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF |

Plaintiffs move the Court for leave to file an overlength brief, recognizing that Local

Rule 7.1 generally limits to 20 pages a memorandum supporting or opposing a motion.

Defendants, however, filed a motion to dismiss Plaintiffs' action, supported by a 30-page

memorandum.  ECF No. 33-1; *see also* ECF No. 32 (order granting Defendants leave to file an

overlength brief).  In order to respond adequately to the arguments made by Defendants,

Plaintiffs respectfully request leave to file a responsive memorandum that does not exceed 30

pages.

DATED:  April 18, 2019.

STOEL RIVES LLP

*/s/ Nicole Hancock*

Nicole Hancock

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN
OVERLENGTH BRIEF - 2

101477173.1 0099880-01204

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I served a copy of the foregoing **PLAINTIFFS'**

**MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF** on CM/ECF Registered

Participants as reflected on the Notice of Electronic Filing as follows:

Cynthia Yee Wallace – cynthia.wallace@ag.idaho.gov

Attorney for Defendants


*/s/ Nicole C. Hancock*
Nicole C. Hancock
Attorneys for Plaintiffs