UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of Idaho; JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; GRANT P. LOEBS, in his official capacity as Twin Falls County Prosecuting Attorney; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF MEDICINE, in their official capacity; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF NURSING, in their official capacity,<br><br>    Defendants. | Case No. 1:18-cv-00555<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND VACATE AND RESET SCHEDULING CONFERENCE** |

    Before the Court is Plaintiffs Planned Parenthood of the Great Northwest and the Hawaiian Islands and Mary Stark, and Defendants Lawrence G. Wasden; Jan M. Bennetts; Grant P. Loebs; the Individual Members of the Idaho

State Board of Medicine; and the Individual Members of the State Board of Nursing (collectively "the Parties"), Joint Motion to Stay Discovery and Vacate and Reset Scheduling Conference. (Dkt. 60.)

Therein, the parties jointly move the Court to:

1) Enter an order staying discovery in this case until the Court issues its decision on Defendants' Motion to Certify Order (Dkt. 54) for Interlocutory Appeal (Dkt. 57) ("Motion to Certify"); and

2) Enter an order vacating the scheduling conference set for September 4, 2019.

Notably, prior to taking up the present motion, and by way of previous order, the Court reset the scheduling conference for September 19, 2019. (Dkt. 63.) At this time, the Court will grant the parties' remaining request—finding there is good cause pursuant to Federal Rule of Civil Procedure 1 to stay discovery pending the Court's resolution of the Motion to Certify.

**IT IS SO ORDERED.**

DATED: **September 06, 2019**

B. Lynn Winmill
United States District Judge

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND VACATE AND RESET SCHEDULING CONFERENCE – 2**