LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA YEE-WALLACE, ISB #6793
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
cynthia.wallace@ag.idaho.gov
megan.larrondo@ag.idaho.gov

     Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00555-BLW<br><br>**DEFENDANTS' EXPEDITED MOTION FOR CLARIFICATION AND EXTENSION** |

     Defendants hereby move the Court, pursuant to the Federal Rules of Civil Procedure, including Rule 6(b)(1) and Local Rule 6.1, to enter an order: (1) clarifying that Defendants' subpoenas served on non-party Planned Parenthood Oregon affiliates on July 29, 2020 are timely, and not subject to the June 5, 2020 deadline that applies to discovery requests to a party; and (2)

DEFENDANTS' EXPEDITED MOTION FOR CLARIFICATION AND EXTENSION - 1

allowing Defendants 30 days from the date that the Planned Parenthood Oregon affiliates fully respond to the subpoenas issued to them, to allow Defendants the opportunity to supplement their expert disclosures with the benefit of the Oregon data.

This motion is supported by the memorandum and Declaration of Cynthia Yee-Wallace in support of this motion, filed herewith.

An expedited briefing schedule and oral argument is requested.

Dated: August 17, 2020.

By: */s/ Cynthia Yee-Wallace*
CYNTHIA YEE-WALLACE DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Nicole Hancock<br>nicole.hancock@stoel.com | Alice Clapman<br>alice.clapman@ppfa.org |
| Hannah Brass Greer<br>hannah.brassgreer@ppgnhi.org | Kim C. Clark<br>kclark@legalvoice.org |
| Vanessa Soriano Power<br>vanessa.power@stoel.com | Jill D. Bowman<br>jill.bowman@stoel.com |
| S. Julia Collier<br>julia.collier@stoel.com | Hannah Swanson<br>Hannah.swanson@ppfa.org |

  /s/ *Cynthia Yee-Wallace*
CYNTHIA YEE-WALLACE