UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington Corporation; MARY STARK, on behalf of herself and her patients, | Case No. 1:18-cv-00555-BLW <br><br> **ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND FILE FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| LAWRENCE G. WASDEN, et al., | |
| Defendant(s). | |

This matter, having come before the Court upon Plaintiff's Unopposed Motion to Amend Scheduling Order and File First Amended Complaint (Dkt. 101), and the Court having reviewed the same and finding good cause therefore;

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order and File First Amended Complaint (Dkt. 101) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' First Amended Complaint Shall be filed; and that all discovery, motion practice, and proceedings with respect to Idaho Code §§ 18-603, 18-604, 18-607, 18-609, 18-609A, 18-609G, 18-614, and

**MEMORANDUM DECISION AND ORDER - 1**

18-617 are hereby stayed until final resolution, through appeal, of Plaintiffs' claims

as to Idaho Code § 18-608A. Once a final ruling on the constitutionality of the

physician-only laws (Idaho Code §§ 18-608A and 18-605(3)) is issued on appeal,

and the final ruling determines that the physician-only laws are unconstitutional or

the final ruling remands the case to the district court for further proceedings, and

Plaintiffs' constitutional challenges to the physician-only laws remain pending as

to any issue on remand, this stay on discovery and on further motions and

proceedings shall be lifted, unless 18-608A is found constitutional.

DATED: December 2, 2020

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**