Nicole Hancock, ISB No. 6899
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040
nicole.hancock@stoel.com

Hannah Brass Greer, ISB No. 8232
PLANNED PARENTHOOD OF THE GREAT
NORTHWEST AND THE HAWAIIAN ISLANDS
2001 East Madison Street
Seattle, WA 98122
Telephone: 206.427.3208
Hannah.BrassGreer@ppgnhi.org

Alice Clapman, *Pro Hac Vice*
Hannah Swanson, *Pro Hac Vice*
Richard Muniz, *Pro Hac Vice*
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Avenue NW
Washington, DC 20005
Telephone: 202.973.4862
alice.clapman@ppfa.org
hannah.swanson@ppfa.org
richard.muniz@ppfa.org

Kim C. Clark, *Pro Hac Vice*
LEGAL VOICE
907 Pine Street, Suite 500
Seattle, WA 98101
Telephone: 206.682.9552
Facsimile: 206.682.9556
kclark@legalvoice.org

Vanessa Soriano Power, *Pro Hac Vice*
vanessa.power@stoel.com
Jill D. Bowman, *Pro Hac Vice*
jill.bowman@stoel.com
S. Julia Littell, *Pro Hac Vice*
julia.littell@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION TO SEAL - 1

110379894.1 0099880-01204

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of Idaho; JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; GRANT P. LOEBS, in his official capacity as Twin Falls County Prosecuting Attorney; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF MEDICINE, in their official capacity; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF NURSING, in their official capacity,<br><br>Defendants. | Case No. 1:18-cv-00555-BLW<br><br>PLAINTIFFS' MOTION TO SEAL |

Plaintiffs Planned Parenthood of the Great Northwest and the Hawaiian Islands ("PPGNHI") and Mary Stark ("Plaintiffs") move the Court to enter an order under Dist. Idaho Loc. R. 5.3 permitting Plaintiffs to file under seal certain documents offered in support of Plaintiffs' Response to Defendants Motions for (1) Reconsideration of Dkt. 54 and (2) for Summary Judgment (filed at Dkt. 121). Portions to be filed under seal include limited references in Plaintiffs' Response and Appendix responding to Defendants' Statement of Undisputed Material Facts, Plaintiffs' Statement of Disputed Facts, as well as underlying references in the supporting exhibits to the Declaration of Vanessa Power.

This motion is supported by the accompanying Memorandum in Support of Motion to Seal.

PLAINTIFFS' MOTION TO SEAL - 2

110379894.1 0099880-01204

DATED: April 2, 2021.                STOEL RIVES LLP

/s/ Vanessa S. Power
Nicole Hancock
Vanessa S. Power, *admitted pro hac vice*

*Attorneys for Plaintiffs*

PLAINTIFFS' MOTION TO SEAL - 3

110379894.1 0099880-01204

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I served a copy of the foregoing **PLAINTIFFS' MOTION TO SEAL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

    Megan A. Larrondo – megan.larrondo@ag.idaho.gov

    Clay R. Smith – claysmith@cableone.net

    Attorney for Defendants


                                        */s/ Vanessa Soriano Power*
                                            Nicole C. Hancock
                                            Vanessa Soriano Power, *admitted Pro Hac Vice*
                                            Attorneys for Plaintiffs