LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

MEGAN A. LARRONDO, ISB #10597
Deputy Attorney General
CLAY R. SMITH, ISB #6385
Special Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:	(208) 334-2400
Facsimile:	(208) 854-8073
megan.larrondo@ag.idaho.gov
clay.smith@cableone.net

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00555-BLW<br><br>**MOTION TO SEAL** |

Defendants move this Court to enter an order under Dist. Idaho Loc. R. 5.3 permitting Defendants to file under seal certain portions of the Reply in Support of Defendants' Motions for (1) Reconsideration and (2) for Summary Judgment (Dkt. 121), as well as certain portions of supporting Exhibit S to the Declaration of Megan A. Larrondo in Support of Defendants' Reply in Support of Dkt. 121.

MOTION TO SEAL - 1

This motion is supported by the accompanying Memorandum in Support of Motion to Seal.

DATED: April 23, 2021.

                                                            */s/ Megan A. Larrondo*
                                                            MEGAN A. LARRONDO
                                                            Deputy Attorney General

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Nicole Hancock<br>nicole.hancock@stoel.com | Alice Clapman<br>alice.clapman@ppfa.org |
| Hannah Brass Greer<br>hannah.brassgreer@ppgnhi.org | Kim C. Clark<br>kclark@legalvoice.org |
| Vanessa Soriano Power<br>vanessa.power@stoel.com | Jill D. Bowman<br>jill.bowman@stoel.com |
| S. Julia Collier<br>julia.collier@stoel.com | |

              /s/ *Megan A. Larrondo*
              MEGAN A. LARRONDO
              Deputy Attorney General