Nicole Hancock, ISB No. 6899
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040
nicole.hancock@stoel.com

Alice Clapman, *Pro Hac Vice*
Hannah Swanson, *Pro Hac Vice*
PLANNED PARENTHOOD
FEDERATION OF AMERICA
1110 Vermont Avenue NW
Washington, DC 20005
Telephone: 202.973.4862
alice.clapman@ppfa.org
hannah.swanson@ppfa.org

Kim C. Clark, *Pro Hac Vice*
LEGAL VOICE
907 Pine Street, Suite 500
Seattle, WA 98101
Telephone: 206.682.9552
Facsimile: 206.682.9556
kclark@legalvoice.org

Vanessa Soriano Power, *Pro Hac Vice*
vanessa.power@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Plaintiffs*

JOINT STATUS REPORT - 1

114988202.1 0099880-01204

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of Idaho; JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; GRANT P. LOEBS, in his official capacity as Twin Falls County Prosecuting Attorney; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF MEDICINE, in their official capacity; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF NURSING, in their official capacity,<br><br>Defendants. | Case No. 1:18-cv-00555-BLW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order Staying the Litigation (Dkt. 162), the parties submit this joint status report. The parties report that *Dobbs, et al. v. Jackson Women's Health Organization, et al.,* U.S. Supreme Court Dkt. No. 19-1392, remains pending, and there are no further events to report.

Stipulated and agreed to this 31st day of March 2022.

| | |
|---|---|
| STOEL RIVES LLP | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL |
| | |
| */s/Vanessa Soriano Power* | */s/Megan Larrondo* |
| Vanessa S. Power, *admitted pro hac vice* | Megan Larrondo<br>Deputy Attorney General |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

JOINT STATUS REPORT - 2

114988202.1 0099880-01204

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I served a copy of the foregoing **JOINT STATUS REPORT** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

    Megan A. Larrondo – megan.larrondo@ag.idaho.gov

    Clay Smith – crsmith73@outlook.com

    *Attorneys for Defendants*

        */s/ Vanessa Soriano Power*
        Nicole C. Hancock
        Vanessa S. Power, *admitted pro hac vice*
        Attorneys for Plaintiffs

JOINT STATUS REPORT - 3

114988202.1 0099880-01204