Nicole Hancock, ISB No. 6899
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040
nicole.hancock@stoel.com

Alice Clapman, *Pro Hac Vice*
Hannah Swanson, *Pro Hac Vice*
PLANNED PARENTHOOD
FEDERATION OF AMERICA
1110 Vermont Avenue NW
Washington, DC 20005
Telephone: 202.973.4862
alice.clapman@ppfa.org
hannah.swanson@ppfa.org

Kim C. Clark, *Pro Hac Vice*
LEGAL VOICE
907 Pine Street, Suite 500
Seattle, WA 98101
Telephone: 206.682.9552
Facsimile: 206.682.9556
kclark@legalvoice.org

Vanessa Soriano Power, *Pro Hac Vice*
vanessa.power@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation; MARY STARK, on behalf of herself and her patients,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of Idaho; JAN M. BENNETTS, in her official capacity as Ada County Prosecuting Attorney; GRANT P. LOEBS, in his official capacity as Twin Falls County Prosecuting Attorney; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF MEDICINE, in their official capacity; THE INDIVIDUAL MEMBERS OF THE STATE BOARD OF NURSING, in their official capacity,<br><br>Defendants. | Case No. 1:18-cv-00555-BLW<br><br>**STIPULATION TO DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(ii)** |

Pursuant to the Court's Order Staying the Litigation (Dkt. 162), this litigation is stayed until July 24, 2022, 30 days after the opinion was issued in *Dobbs, et al. v. Jackson Women's Health Organization, et al.,* U.S. Supreme Court Dkt. No. 19-1392.  Plaintiffs sought agreement from Defendants to dismissal without prejudice, and with each side responsible for their respective fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Defendants agreed.

The parties now stipulate as follows:

1.      Plaintiffs may voluntarily dismiss this litigation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.      Dismissal will be without prejudice, and without any award of fees or costs to any party.

3.      By this Stipulation, the parties seek entry of an order confirming dismissal of the litigation without prejudice, and without an award of fees or costs to either party.

Stipulated and agreed to this 14th day of July, 2022.

STOEL RIVES LLP                                 STATE OF IDAHO
                                                OFFICE OF THE ATTORNEY GENERAL


_/s/Vanessa Soriano Power_____          _/s/Megan Larrondo_____
Vanessa S. Power, *admitted pro hac vice*       Megan Larrondo
                                                Deputy Attorney General
*Attorneys for Plaintiffs*                      *Attorneys for Defendants*

STIPULATION TO DISMISSAL WITHOUT PREJUDICE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I served a copy of the foregoing **STIPULATION TO DISMISSAL WITHOUT PREJUDICE** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Megan A. Larrondo – megan.larrondo@ag.idaho.gov

Clay Smith – crsmith73@outlook.com

*Attorneys for Defendants*

*/s/Vanessa Soriano Power*

Nicole C. Hancock
Vanessa S. Power, *admitted pro hac vice*
Attorneys for Plaintiffs